JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CORSON, an individual, | Case No. CV 15-9826-GW(AGRx) |
| Plaintiff, | Hon. George H. Wu |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| FAULTLINE ADVENTURES, INC., a California corporation, and DOES 1-10 INCLUSIVE, | |
| Defendants. | |

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety, inclusive of all claims, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 12, 2016

_____
Hon. George H. Wu
United States District Judge

1

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**